RECEIVED
IN LAKE CHARLES, LA
JUN - 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER DOYLE** | : | **DOCKET NO. 2:06-cv-0923** |
| **VS.** | : | **JUDGE MINALDI** |
| **LYNN COOPER, WARDEN** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Respondent's Motions to Dismiss based on timeliness and exhaustion are **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _7_ day of _____June_____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE